UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM BRADFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:03CV1699 CDP |
| ) | |
| DORN SCHOFFMAN, et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

Plaintiff filed two motions to compel in this case, and the Court previously ruled on the second one. The Court neglected to rule on the first one, which related to defendants' initial disclosures. As the record reveals that defendants produced the disclosures after the motion was filed, I will deny the motion as moot.

**IT IS HEREBY ORDERED** that plaintiff's motion to compel [#36] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 4th day of January, 2006.